UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FUENTES,<br>Plaintiff,<br>v.<br>FOLLOWWILL FAMILY TRUST,<br>Defendant. | Case No. 1:25-cv-01880-KES-CDB<br>ORDER ON STIPULATION TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT TO CHANGE THE NAME OF DEFENDANT<br>(Doc. 18)<br>Clerk of the Court to Update Docket |

Plaintiff Juan Fuentes ("Plaintiff") initiated this action with the filing of a complaint on June 17, 2025, and the operative first amended complaint ("FAC") on December 10, 2025, in state court against Defendant Followwill Family Trust ("Defendant") before Defendant removed the case to this Court on December 15, 2025. (Doc. 1). Defendant filed an answer on December 24, 2025. (Doc. 7). On March 17, 2026, following a scheduling conference before the undersigned, and pursuant to the parties' agreement to participate in the Court's Voluntary Dispute Resolution Program (VDRP"), this action was referred to VDRP, proceedings of which remain ongoing. (Doc. 14). On April 15, 2026, Sanford Kingsley was appointed as VDRP Neutral Attorney over this action. (Doc. 17).

Pending before the Court is the parties' stipulated request to amend Plaintiff's FAC to change the name of Defendant, filed on July 13, 2026. (Doc. 18). The parties seek to change the name of Defendant erroneously sued as the Followwill Family Trust to Scott M. Ayler, in his

capacity as successor trustee for the Matthew and Boneta Followwill Family Trust, dated May 3, 1989. *Id.* at 2. The parties represent they recognize that the real party in interest is the trustee rather than a trust, and that the potential for unwarranted confusion exists such that their stipulated request should be granted. *Id.*

Having considered the parties' stipulated representations and good cause appearing, the parties' request for Plaintiff to amend the FAC to replace Followwill Family Trust as Defendant with Scott M. Ayler, in his capacity as successor trustee for the Matthew and Boneta Followwill Family Trust, dated May 3, 1989, will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. The operative first amended complaint is amended to the extent of replacing the erroneously-sued "Followwill Family Trust" with "Scott M. Ayler, in his capacity as successor trustee for the Matthew and Boneta Followwill Family Trust, dated May 3, 1989";
2. The Clerk of the Court is DIRECTED to change Defendant's name from Followwill Family Trust to Scott M. Ayler, in his capacity as successor trustee for the Matthew and Boneta Followwill Family Trust, dated May 3, 1989; and
3. All future filings by the parties shall reflect Defendant's name change.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE